NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHWIRE COMPANY, LLC,**
*Appellant*

**v.**

**CERRO WIRE, INC.,**
*Appellee*

---

2023-1174

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,695.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    SOUTHWIRE COMPANY, LLC v. CERRO WIRE, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

May 8, 2023
        Date                              /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court


**ISSUED AS A MANDATE:** May 8, 2023